UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:09-cr-00031-H

UNITED STATES OF AMERICA )
)
v. )  **ORDER**
)
COREY DEVONNE LYNCH )

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 48 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office.

IT IS SO ORDERED, this the 12th day of February 2015.

MALCOM J. HOWARD
Senior United States District Judge