# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

                v.                Crim. No. 4:09-CR-31-1H

**COREY DEVONNE LYNCH**

    On February 5, 2018, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                            I declare under penalty of perjury that the foregoing is true and correct.

                                            /s/ Van R. Freeman, Jr.  
                                            Van R. Freeman, Jr.  
                                            Deputy Chief U.S. Probation Officer  
                                            150 Rowan Street Suite 110  
                                            Fayetteville, NC 28301  
                                            Phone: 910-354-2542  
                                            Executed On: February 13, 2020

## ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

    Dated this   20th   day of   February  , 2020.

                                            Malcolm J. Howard  
                                            Senior U.S. District Judge